

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00489-CV

Jose **FLORES**,
Appellant

v.

Sergio **BERNAL**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2021CVK001079D4
Honorable Oscar J. Hale, Jr., Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: August 28, 2024

DISMISSED FOR WANT OF PROSECUTION

The clerk's record was due on June 26, 2024. On July 26, 2024, the trial court clerk filed a notice of late record stating appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. Appellant has also not paid the filing fee for this appeal, filed a docketing statement for this appeal, or made arrangements to pay for the reporter's record.

On August 2, 2024, we ordered appellant to file, no later than August 12, 2024, written proof that either (1) the clerk's fee has been paid or arrangements have been made to pay the

clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. Our order cautioned appellant that if he failed to respond satisfactorily by August 12, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order). Appellant did not file a timely response to our August 12th order. We dismiss this appeal for want of prosecution.

PER CURIAM